1

2

3

4

5

6

7

*FILED*

*NOV 2 8 2011*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11  GREG YOUNG, Individually and on Behalf of All Others Similarly Situated,

12                                    Plaintiff,

13          vs.

14  PACIFIC BIOSCIENCES OF CALIFORNIA, INC., *et al.*,

15

16                                    Defendants.

Case No. 511-CV-005-668-001  EJD

JOINT STIPULATION AND [PROPOSED ORDER] CONSOLIDATING CASES AND DEFERRING RESPONSES TO COMPLAINTS PENDING MOTION PRACTICE IN CONNECTION WITH REMOVAL AND REMAND

17  MATTHEW SANDNAS, Individually and on Behalf of All Others Similarly Situated,

18

19                                    Plaintiff,

20          vs.

21  PACIFIC BIOSCIENCES OF CALIFORNIA, INC., *et al.*,

22                                    Defendants.

Case No.  511-CV-005-669-001  LW

23

24

25

26

27

28

1    **WHEREAS,** on October 21, 2011, plaintiff Greg Young filed his Complaint for Violation of the

2    Federal Securities Laws and Jury Demand against Pacific Biosciences of California, Inc. ("PacBio" or the

3    "Company"), several of PacBio's senior executives and directors (Hugh C. Martin, Susan K. Barnes, Brian

4    B. Dow, Brook Byers, William W. Ericson, Michael Hunkapiller, Randall S. Livingston, Susan Siegel,

5    David B. Singer, collectively with PacBio, the "Issuer Defendants") and the underwriters that conducted

6    PacBio's October 26, 2010 initial public stock offering (J.P. Morgan Securities LLC, Morgan Stanley & Co.

7    LLC (formerly Morgan Stanley & Co. Incorporated), Deutsche Bank Securities Inc., and Piper Jaffray &

8

9    Co.) (the "Underwriter Defendants," collectively with the Issuer Defendants, "Defendants") in the Superior

10   Court of California, County of San Mateo Case No. CIV-509210 (the "*Young* Action");

11   **WHEREAS,** on October 24, 2011, plaintiff Matthew Sandnas filed his Complaint for Violation of

12   the Federal Securities Laws against Defendants in the Superior Court of California, County of San Mateo

13   Case No. CIV-509259 (the "*Sandnas* Action");

14

15   **WHEREAS,** as of November 17, 2011, plaintiffs had obtained service of process on some but not all

16   Defendants in the *Young* and *Sandnas* Actions;

17   **WHEREAS,** effective November 18, 2011 all Defendants accepted service of process in the *Young*

18   and *Sandnas* Actions and the parties stipulated to a uniform response date;

19   **WHEREAS,** on November 23 2011, Defendants removed both the *Young* and *Sandnas* Actions to

20   federal court and believe removal jurisdiction exists and that removal is appropriate;

21

22   **WHEREAS,** plaintiffs have indicated before the removal that they contest the validity of removal

23   jurisdiction, that they consider removal to be frivolous and that they intend to immediately move for remand

24   (which Defendants intend to oppose); and

25   **WHEREAS,** the parties have met and conferred to establish uniform service and response dates in

26   federal court that provide counsel for Defendants with sufficient time to prepare their responses, address

27   plaintiffs' stated intent to seek remand of these actions, and recognize that certain Defendants have agreed to

28

- 1 -

JOINT STIPULATION AND [PROPOSED] ORDER                                     511-CV-005-668-001
CONSOLIDATING CASES AND DEFERRING RESPONSES TO COMPLAINT

1   accept service of process and that a uniform briefing schedule would ease the administrative burden on the

2   Court that multiple response dates would entail;

3        **NOW, THEREFORE,** it is hereby stipulated and agreed between plaintiffs and Defendants, through

4   their respective counsel listed below, as follows:

5        **A.**    **Acceptance of Service**

6

7        (i)    Service of process in both the *Young* Action and the *Sandnas* Action is accepted by all

8   Defendants effective November 18, 2011;

9        **B.**    **Consolidation**

10       (ii)    This action and all later-filed securities class actions that relate to the same subject

11  matter that are subsequently filed in or transferred to this Court are hereby consolidated into one action (the

12  "Consolidated Action") for all purposes;

13       (iii)    The Consolidated Action shall be maintained in one file under Case No. 511-CV-005-

14  668-001.  The Clerk shall file all pleadings under Case No. 511-CV-005-668-001;

15       (iv)    An original of this Order shall be filed by the Clerk under Case No. 511-CV-005-668-

16  001;

17       (v)    Every pleading subsequently filed in the Consolidated Action after entry of this Order

18  shall have the following caption:

19                      UNITED STATES DISTRICT COURT

20                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC BIOSCIENCES OF CALIFORNIA, INC. SECURITIES LITIGATION | ) ) ) ) | Case No. 511-CV-005-668-001<br><br>(Consolidated Class Action) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | |

21

22

23

24

25

26       (vi)    The operative complaint in the Consolidated Actions is that in the *Young* Action.

27  Defendants have no obligation to respond to any complaint other than the operative complaint.

28

                    - 2 -

1   (vii)   When a case that is related to the same subject matter of the Consolidated Action is

2   hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

3       1.   File a copy of this Order in the separate file for such action;

4       2.   Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-

5       filed or transferred case and to any new defendant(s) in the newly-filed or

6       transferred case; and

7       3.   Make the appropriate entry in the docket for the Consolidated Action.

8   (viii)   Each new case that is related to the subject matter of the Consolidated Action which is

9   filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this

10   Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of

11   this Order, within 10 days after the date upon which a copy of this Order is served on counsel for such party,

12   by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in

13   the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any

14   subsequently filed or transferred related action.

15   **C.    Extension of Response Dates**

16   Defendants shall have an extension of time to respond to the operative complaint to within 45 days of

17   a decision by this Court on plaintiffs' anticipated remand motion.

18   **D.    Briefing Schedule on Defendants' Anticipated Motions to Dismiss**

19   (i)   In the event any Defendant moves to dismiss the operative complaint, plaintiffs'

20   opposition(s) to those motion(s) shall be filed within forty-five (45) days of that filing;

21   (ii)   Any replies in support of motions to dismiss shall be filed within fifteen (15) days of

22   the filing of plaintiffs' opposition(s); and

23   (iii)   The Court will hear the motion(s) to dismiss on a date to be selected.

24   ///

25

26

27

28

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER                                           511-CV-005-668-001
CONSOLIDATING CASES AND DEFERRING RESPONSES TO COMPLAINT

1    **E.     Further Terms**

2       Plaintiffs and Defendants agree that neither the existence or filing of this stipulation, the terms

3    thereof, nor the entry of any party into this stipulation may be used as evidence either in support of or

4    against any argument or defense that may be raised in connection with the anticipated motion to remand or

5    in connection with the parties' claims or defenses, including but not limited to personal jurisdiction.

6       **IT IS SO STIPULATED.**

7    DATED:  November 23, 2011                SCOTT+SCOTT LLP
                                             MARY K. BLASY
8

9                                            *Mary Blasy* IRC
10                                           _____
                                                  MARY K. BLASY
11
                                             707 Broadway, Tenth Floor
12                                           San Diego, CA  92101
                                             Telephone:  619/233-4565
13                                           619/233-0508 (fax)

14                                           SCOTT+SCOTT LLP
                                             DAVID R. SCOTT
15                                           156 South Main Street
                                             P.O. Box 192
16                                           Colchester, CT  06415
                                             Telephone:  860/537-3818
17                                           860/537-4432 (fax)

18                                           Amber L. Eck
                                             ZELDES & HAEGGQUIST, LLP
19                                           625 Broadway, Suite 906
                                             San Diego, CA 92101
20                                           Telephone: 619/434-0024
                                             619/342-7878 (fax)

21                                           *Counsel for Plaintiffs*

22   DATED:  November 23, 2011                WILSON SONSINI GOODRICH & ROSATI
                                             NINA (NICKI) LOCKER
23

24
                                             *Nicki Locker* IBC
25                                           _____
                                                  NINA (NICKI) LOCKER
26

27

28
                                    - 4 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER                          511-CV-005-668-001
CONSOLIDATING CASES AND DEFERRING RESPONSES TO COMPLAINT

650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
Fax: 650/493-6811

*Counsel for Defendants Pacific Biosciences of
California, Inc., Hugh C. Martin, Susan K. Barnes,
Brian B. Dow, Brook Byers, William W. Ericson,
Michael Hunkapiller, Randall S. Livingston, Susan
Siegel and David B. Singer*

DATED: November 23, 2011

SIMPSON THACHER & BARTLETT LLP
SIMONA G. STRAUSS

_____Simona G. Strauss /BC_____
SIMONA G. STRAUSS

2550 Hanover Street
Palo Alto, CA 94304
Telephone: 650/251-5000
Fax: 650/251-5002

*Counsel for Defendants J.P. Morgan Securities
LLC, Morgan Stanley & Co. LLC (formerly Morgan
Stanley & Co. Incorporated), Deutsche Bank
Securities Inc., and Piper Jaffray & Co.*

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: **12/2/2011**

_____Cludialwitt_____
UNITED STATES DISTRICT JUDGE

- 5 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
CONSOLIDATING CASES AND DEFERRING RESPONSES TO COMPLAINT

511-CV-005-668-001

## CERTIFICATE OF SERVICE BY NEXT-DAY DELIVERY

I, Elizabeth J. Blackey, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050. I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of correspondence for next-day delivery by an express mail service. In the ordinary course of business, correspondence would be consigned to an express mail service on this date.

On this date, I served **JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND DEFERRING RESPONSES TO COMPLAINTS PENDING MOTION PRACTICE IN CONNECION WITH REMOVAL AND REMAND** on the person(s) listed below by placing the document(s) described above in an envelope addressed as indicated below, which I sealed. I consigned the envelope(s) to an express mail service by placing it/them for collection and processing on this day, following ordinary business practices at Wilson Sonsini Goodrich & Rosati.

Mary K. Blasy
SCOTT+SCOTT LLP
707 Broadway, 10th Floor
San Diego, CA 92101

David R. Scott
SCOTT+SCOTT LLP
P.O. Box 192
156 South Main Street
Colchester, CT 06415

Amber L. Eck
ZELDES & HAEGGQUIST, LLP
625 Broadway, Suite 906
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on November 28, 2011.

_____
Elizabeth J. Blackey

Certif of Service By
Next-Day Delivery