IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG YOUNG, | No. C 11-05668 EJD |
| Plaintiff, | Order |
| v. | |
| PACIFIC BIOSCIENCES OF CALIFORNIA INC, | |
| Defendant. | |
| _____/ | |
| MATTHEW SANDNAS, | No. C 11-05669 CW |
| Plaintiff, | |
| v. | |
| PACIFIC BIOSCIENCES OF CALIFORNIA INC, | |
| Defendant. | |
| _____/ | |

The order signed December 2, 2011, docket no. 8 in case number C 11-5668 EJD and docket no. 6 in case number C 11-5669 CW, on the parties' stipulation consolidating cases was signed in error. The earliest filed case is No. 11-5668 which is before the Hon. Edward J. Davila and the cases have not been related before a single judge and thus cannot be consolidated. The consolidation order is hereby vacated.

1  Pursuant to Civil L.R. 3-12 (c), the undersigned, sua sponte,
2  refers the above referenced case to Judge Davila to consider
3  whether they are related.  If they are, the parties may resubmit
4  their stipulation to consolidate to Judge Davila.

Dated: 12/2/2011

CLAUDIA WILKEN
United States District Judge

cc: EJD

**United States District Court**
For the Northern District of California