1  NINA LOCKER, State Bar No. 123838
   CATHERINE E. MORENO, State Bar No. 264517
2  BENJAMIN M. CROSSON, State Bar No. 247560
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: nlocker@wsgr.com
6  Email: cmoreno@wsgr.com
   Email: bcrosson@wsgr.com
7
   Attorneys for Defendants
8  Pacific Biosciences of California, Inc., Hugh C.
   Martin, Susan K. Barnes, Brian B. Dow, Brook
9  Byers, William W. Ericson, Michael
   Hunkapiller, Randall S. Livingston, Susan
10 Siegel, and David B. Singer

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC., HUGH C. MARTIN, SUSAN K. BARNES, BRIAN B. DOW, BROOK BYERS, WILLIAM W. ERICSON, MICHAEL HUNKAPILLER, RANDALL S. LIVINGSTON, SUSAN SIEGEL, DAVID B. SINGER, J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO., INC., DEUTSCHE BANK SECURITIES INC. and PIPER JAFFRAY & CO.,<br><br>      Defendants. | CASE NO.: 5:11-CV-05668 (EJD)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR PERMISSION TO FILE A STATEMENT OF RECENT DECISION IN FURTHER SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>(N.D. Cal. L.R. 7-3(d)(2)) |

The Court, having considered the Request for Permission to File a Statement of Recent Decision in Further Support of Defendants' Opposition to Plaintiff's Motion to Remand, filed by Defendants Pacific Biosciences of California, Inc., Hugh C. Martin, Susan K. Barnes, Brian B. Dow, Brook Byers, William W. Ericson, Michael Hunkapiller, Randall S. Livingston, Susan Siegel, and David B. Singer, pursuant to Local Rule 7-3(d)(2), HEREBY ORDERS as follows:

1. Defendants' Request for Permission File a Statement of Recent Decision is GRANTED.

**ORDER**

IT IS SO ORDERED.

Dated: _____ _____
Honorable Edward J. Davila