SCOTT+SCOTT LLP
MARY K. BLASY (211262)
707 Broadway, Suite 1000
San Diego, CA 92101
Email: mblasy@scott-scott.com
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
  – and –
DAVID R. SCOTT
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Email: drscott@scott-scott.com
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GREG YOUNG, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    vs.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC., *et al.*,<br><br>                            Defendants. | Case No. 11-cv-05668-EJD<br><br>JOINT STIPULATION AND [PROPOSED] ORDER DEFERRING COMPLIANCE WITH ADR MULTI-OPTION PROGRAM PENDING DECISION ON MOTION TO REMAND |
| MATTHEW SANDNAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>    vs.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC., *et al.*,<br><br>                            Defendants. | Case No. 11-cv-05669-EJD<br><br>Hon. Edward J. Davila |

**WHEREAS**, on October 21, 2011, plaintiff Greg Young filed his Complaint for Violations of the Securities Act of 1933 and Jury Demand against Pacific Biosciences of California, Inc. ("PacBio" or the "Company"), several of PacBio's senior executives and directors (Hugh C. Martin, Susan K. Barnes, Brian B. Dow, Brook Byers, William W. Ericson, Michael Hunkapiller, Randall S. Livingston, Susan Siegel, and David B. Singer, collectively with PacBio, the "Issuer Defendants") and the underwriters that conducted PacBio's October 26, 2010 initial public stock offering (J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC (formerly Morgan Stanley & Co. Incorporated), Deutsche Bank Securities Inc., and Piper Jaffray & Co.) (the "Underwriter Defendants," collectively with the Issuer Defendants, "Defendants") in the Superior Court of California, County of San Mateo Case No. CIV-509210 (the "*Young* Action");

**WHEREAS**, on October 24, 2011, plaintiff Matthew Sandnas filed his Complaint for Violations of the Securities Act of 1933 and Jury Demand against Defendants in the Superior Court of California, County of San Mateo, Case No. CIV-509259 (the "*Sandnas* Action");

**WHEREAS,** on November 23, 2011, Defendants removed both the *Young* and *Sandnas* Actions to federal court;

**WHEREAS,** on November 29, 2011, Plaintiffs moved to remand the *Young* and *Sandnas* Actions back to state court;

**WHEREAS**, pursuant to stipulation of the parties, all Defendants not previously served in the *Young* and *Sandnas* Actions accepted service of process and the parties agreed to a uniform response date upon resolution of the Plaintiffs' motions to remand;

**WHEREAS,** on January 9, 2012 the Court took Plaintiffs' fully briefed motions to remand under submission;

**WHEREAS,** pursuant to the Court's November 23, 2011 ADR Scheduling Order in the *Young* Action, the parties' deadlines to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan, to file ADR Certification signed by Parties and Counsel and to file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference is February 24, 2012; and

- 1 -

Nos. 11-cv-05668-EJD/11-cv-05669-EJD

JOINT STIPULATION AND [PROPOSED] ORDER DEFERRING COMPLIANCE WITH ADR MULTI-OPTION PROGRAM PENDING DECISION ON MOTION TO REMAND

**WHEREAS,** the Court's resolution of the pending motions to remand could impact the parties' positions concerning ADR;

**NOW**, **THEREFORE**, it is hereby stipulated and agreed between Plaintiffs and Defendants, through their respective counsel listed below, that compliance with the February 24, 2012 ADR deadlines be deferred pending resolution of Plaintiffs' motions to remand, with all responses to the ADR Order being due within two weeks of resolution of the pending remand motions if the Court denies the remand motions and retains jurisdiction of these actions.

**IT IS SO STIPULATED.**

DATED:  February 22, 2012                              SCOTT+SCOTT LLP
                                                       MARY K. BLASY


                                                       /s/ Mary K. Blasy
                                                            MARY K. BLASY

                                                       707 Broadway, Tenth Floor
                                                       San Diego, CA  92101
                                                       Telephone:  619/233-4565
                                                       619/233-0508 (fax)

                                                       SCOTT+SCOTT LLP
                                                       DAVID R. SCOTT
                                                       156 South Main Street
                                                       P.O. Box 192
                                                       Colchester, CT  06415
                                                       Telephone:  860/537-3818
                                                       860/537-4432 (fax)

                                                       Amber L. Eck
                                                       ZELDES & HAEGGQUIST, LLP
                                                       625 Broadway, Suite 906
                                                       San Diego, CA 92101
                                                       Telephone: 619/434-0024
                                                       619/342-7878 (fax)

                                                       *Counsel for Plaintiffs*

- 2 -

Nos. 11-cv-05668-EJD/11-cv-05669-EJD

JOINT STIPULATION AND [PROPOSED] ORDER DEFERRING COMPLIANCE WITH ADR MULTI-OPTION PROGRAM PENDING DECISION ON MOTION TO REMAND

DATED: February 22, 2012                WILSON SONSINI GOODRICH & ROSATI
                                        NINA (NICKI) LOCKER


                                        /s/ Nina Locker
                                            NINA (NICKI) LOCKER

                                        650 Page Mill Road
                                        Palo Alto, CA 94304
                                        Telephone: 650/493-9300
                                        Fax: 650/493-6811


                                        *Counsel for Defendants Pacific Biosciences of
                                        California, Inc., Hugh C. Martin, Susan K. Barnes,
                                        Brian B. Dow, Brook Byers, William W. Ericson,
                                        Michael Hunkapiller, Randall S. Livingston, Susan
                                        Siegel and David B. Singer*


DATED: February 22, 2012                SIMPSON THACHER & BARTLETT LLP
                                        SIMONA G. STRAUSS


                                        /s/ Simona G. Strauss
                                            SIMONA G. STRAUSS

                                        2550 Hanover Street
                                        Palo Alto, CA 94304
                                        Telephone: 650/251-5000
                                        Fax: 650/251-5002


                                        *Counsel for Defendants J.P. Morgan Securities
                                        LLC, Morgan Stanley & Co. LLC (formerly Morgan
                                        Stanley & Co. Incorporated), Deutsche Bank
                                        Securities Inc., and Piper Jaffray & Co.*


**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: February 23, 2012

                                        HON. EDWARD J. DAVILA
                                        UNITED STATES DISTRICT JUDGE

- 3 -

Nos. 11-cv-05668-EJD/11-cv-05669-EJD

JOINT STIPULATION AND [PROPOSED] ORDER DEFERRING COMPLIANCE WITH ADR MULTI-OPTION PROGRAM PENDING DECISION ON MOTION TO REMAND

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties of operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Mary K. Blasy
Mary K. Blasy
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: 619/233-4565
mblasy@scott-scott.com

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Mary K. Blasy, attest that concurrence in the filing of this document has been obtained from signatories Nina Locker and Simona G. Strauss. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of February, 2012 at San Diego, California.

/s/ Mary K. Blasy
Mary K. Blasy
SCOTT+SCOTT LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: 619/233-4565
mblasy@scott-scott.com

*Counsel for Plaintiffs*